UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONJA R. GRIFFIN-ROBINSON,

                    Plaintiff,

          -against-

HON. BARRY E. WARHIT, et al.,

                    Defendants.

1:20-CV-3040 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

On March 30, 2020, Plaintiff filed a 19-page *pro se* complaint commencing *Griffin-Robinson v. Warhit*, ECF 1:20-CV-2712, 2. On April 13, 2020, Plaintiff filed a substantially similar 81-page complaint that was opened up as a new action, *Griffin-Robinson v. Warhit*, ECF 1:20-CV-3040, 2. But a review of the two actions indicate that the only significant difference between the two complaints is the attachment of additional exhibits to the complaint filed in *Griffin-Robinson*, ECF 1:20-CV-3040 (CM). Thus, it appears that Plaintiff intended to file the complaint that was opened as new action in *Griffin-Robinson*, ECF 1:20-CV-3040 (CM) as an amended complaint in *Griffin-Robinson*, ECF 1:20-CV-2712 (CM).

Accordingly, in light of Plaintiff's *pro se* status, the Court directs the Clerk of Court to file the complaint in *Griffin-Robinson*, ECF 1:20-CV-3040 (CM) as an amended complaint in *Griffin-Robinson*, ECF 1:20-CV-2712 (CM), with the file date of April 13, 2020. The Court further directs the Clerk of Court to administratively close this case, *Griffin-Robinson*, ECF 1:20-CV-3040 (CM).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   April 22, 2020
         New York, New York

_____
        COLLEEN McMAHON
    Chief United States District Judge